Programs

# Black Business Accelerator

Amazon's Black Business Accelerator is dedicated to helping build sustainable diversity and provide growth opportunities for Black-owned businesses. Grow your business with access to financial support, strategic business guidance and mentorship, and marketing and promotional support.

Get started      Watch video



## Financial assistance

Access services and grants to help jump-start business growth and customer acquisition. Opportunities include:

- ✓ **$500** credit to assist with start-up and operational costs for eligible newly-launched sellers.

- ✓ **Advertising credits** to increase exposure for your business.

- ✓ **FREE** imaging services for up to 50 products to help showcase your products.

- ✓ **Cash grant opportunities** for select sellers, offered in partnership with Hello Alice, an organization dedicated to helping entrepreneurs launch and grow their businesses. Sign up for alerts.



# Business education, coaching & mentorship

Connect with a dedicated network of business mentors and coaches, including Amazon experts and small business thought leaders, to continue to accelerate your business growth.

- ✓ **Access a minimum of one year** of strategic advisory services to get the coaching, training, and insights you need to take your business to the next level.

- ✓ **Access free education resources** to help you sell in Amazon's store.

- ✓ **Opportunities to join BBA Connect**, a 12-month program providing guidance, education, and community needed to help you thrive as entrepreneurs and business leaders. Learn more.



## Available benefits

## Marketing & promotional support

Access new opportunities to be featured in the Black-owned business storefronts for Amazon retail customers and Amazon Business customers and promotions featuring Black-owned businesses that will help customers find products from your business throughout the shopping experience.

## Empowering Black-owned businesses

Since enrolling in Black Business Accelerator, my account manager has been a coach, cheerleader, and

Black Business Accelerator has been valuable in identifying opportunities to increase revenue and

strategist. It honestly doesn't get any better than that.



**Karen Blackwell**
Founder and CEO, Sage & Alms: socially conscious cloths and chocolates

Retail customer storefront

save money. We've been able to hire another employee.



**Rodney Marshall**
President & CEO, Aldevra: commercial food service and medical equipment

Amazon Business storefront

## Our partners

We're proud to partner with organizations who will lead community engagement for Amazon's Black Business Accelerator and help provide participants with mentorship, business development, training and educational resources to empower their success. Our partners will also continue to advise us as we enhance the Black Business Accelerator based on their deep experience in supporting Black businesses, and help us as we create similar programs for other underrepresented populations of business owners in the future.

**U.S. Department of Commerce Minority Business Development Agency**

**U.S. Black Chambers, Inc.**

# Frequently Asked Questions

Get answers to the frequently asked questions about Amazon's Black Business Accelerator

   Start   Grow   Learn   Pricing   Blog   Sign up   

# Overall program

Yes, Amazon's Black Business Accelerator is a free program for Black-owned U.S. businesses selling in Amazon's store.

Who can sign up for Amazon's Black Business Accelerator?

All sellers in the U.S. who a) have an Amazon Professional Sellers account, b) have a physical product(s) ready to promote and sell, and c) have uploaded a valid minority-owned business registration or certification to their account in Seller Central from the National Minority Supplier Development Council, U.S. System for Award Management, U.S. Small Business Administration, or SupplierGATEWAY, demonstrating the business is Black-owned based on the criteria of the certifying body, can sign up for Amazon's Black Business Accelerator.

What if I don't have a minority-owned business certification that demonstrates my business is Black-owned?

You can register your business as minority-owned on the U.S. System for Award Management or apply for certification through the National Minority Supplier Development Council, U.S. Small Business Administration, or SupplierGATEWAY, and demonstrate your business is Black-owned. Amazon is not a certifying body. Sellers are expected to determine their own eligibility requirements for a certification and how to obtain the appropriate supporting documentation depending on the certification.

How do you define a Black-owned business?

We follow the definitions provided by the applicable certifying agency, including the National Minority Supplier Development Council, U.S. System for Award Management, U.S. Small Business Administration, and SupplierGATEWAY. Generally, this means that the business must be at least 51% Black-owned, managed, and controlled.

Where is this program available?

Amazon's Black Business Accelerator is currently available in the U.S.

When was the program announced?

Amazon's Black Business Accelerator was announced in June 2021.

How can I reach business customers through the program?

You can reach millions of business customers in addition to consumers on Amazon Business, Amazon's B2B online store. Once you become an Amazon Professional Seller as part of the program, you can join

B2B offers. If you reach a minimum level of business revenue over 12 months of participating, you can join the Amazon Business Seller program at no additional cost. All Black-owned business participants will be able to benefit from our customer-facing discoverability features, Diversity Certifications Policy experience, and other program benefits.

My product is not ready to promote and sell. When can I sign up for Amazon's Black Business Accelerator?

There is no deadline to enroll in Amazon's Black Business Accelerator. Once you have your product developed and ready to promote and sell on Amazon, then you can enroll in the Black Business Accelerator to help launch your selling business. In the meantime, free training and educational resources on how to start and build a successful business selling online are available through Amazon Small Business Academy, Amazon Seller University, and the Minority Business and Technology Initiative.

# Benefits

What financial assistance benefits are available?

- Free strategic advisory services for up to one year. You can access these services with the help of an account manager after enrollment.

- A $500 credit for New Amazon Professional Sellers (new sellers are those who became an Amazon Professional Seller in the 12 months preceding enrollment in the Black Business Accelerator).

- Up to $400 in advertising credits. If you create or maintain an active campaign (Sponsored Products, Sponsored Display, or Sponsored Brands) through your seller account, within 1 year from enrollment in the Black Business Accelerator, Amazon Advertising will automatically apply promotional clicks of $100 to your account within two weeks of taking such action. You will obtain another $100 in promotional clicks every 3 months if you have an active campaign, up to $400 or 1 year in the Black Business Accelerator, whichever comes sooner. Any unused promotional clicks will expire after 1 year from the date the promotional clicks are applied. You will be charged for any clicks received before the promotional clicks are applied. The Amazon Advertising Agreement applies.

- Complimentary imaging services for up to 50 products to help elevate your products and ensure a professional presentation to customers. To use the imaging services, you are required to ship a sample of your products to the Amazon Imaging studio. Once product images are completed, you will be provided with a URL to access the images. Once you have the images, you can upload them to the corresponding detail pages. The Amazon Imaging Services Terms and Conditions apply.

- Cash grant opportunities for select sellers, offered in partnership with Hello Alice, an organization dedicated to helping entrepreneurs launch and grow their businesses.

  **Sign up for alerts**

- Amazon Professional Sellers may also be eligible for the Fulfillment by Amazon (FBA) New Selection program. Speak to your Account Manager about how to onboard. These FBA benefits are not unique to the Black Business Accelerator.

What business education and mentorship resources are available to help me sell on Amazon?

All Black Business Accelerator participants will be offered a grant in the form of a year of strategic advisory services. Account managers will offer coaching and mentorship to assist with your business growth.

BBA Connect is join BBA Connect, a 12-month program providing guidance, education, and community needed to help you thrive as entrepreneurs and business leaders. Sign up to receive notification about when applications open.

Free training and educational resources on how to start and build a successful business selling online are available through Amazon Small Business Academy, Amazon Seller University, and the Minority Business and Technology Initiative.

How can I get my business and products featured in Amazon's store?

All Black Business Accelerator participants will be considered for opportunities to be featured within storefronts for Amazon retail customers and Amazon Business customers. Participants will also be identified as minority-owned businesses across various discoverability features that highlight products from minority-owned businesses in Amazon's store.

Who can join BBA Connect?

BBA Connect is a benefit for existing Amazon Sellers participating in Amazon's Black Business Accelerator. To be eligible, you must meet the following criteria: (i) be signed up to sell in Amazon's store with an active Professional Seller Account opened on or before November 1, 2021 (ii) are at least 51% black-owned; (iii) hold a valid minority-owned business credential demonstrating the business is Black-owned, based on the criteria of the certifying body from one of the following organizations: National Minority Supplier Development Council, Small Business Administration's 8(a) Business Development Program, System for Awards Management (SAM), or Supplier GATEWAY Enhanced Digital Certification (EDC); (iv) have uploaded such credentials to Amazon Seller Central with a registered Amazon Professional Seller account, and (v) have a product to promote and sell on Amazon within the next six months.

How do I apply to join BBA Connect?

Applications are now closed.

# Join

# Amazon's Black Business Accelerator

Get started

Home  >  Programs  >  Black Business Accelerator

English    United States    Feedback

| Sell with Amazon | Selling Programs | Amazon for Brands | Resources | Tools |
|---|---|---|---|---|
| How much does it cost? | Fulfillment by Amazon | Build an online store | Selling Partner Blog | Login to your seller account |
| Beginner's guide | Amazon Advertising | Tips for brands on Amazon | Seller University | Amazon Seller App |
| Intro to ecommerce | Global selling | Brand case studies | Seller Central Help | Seller Central |
| Inventory management | Amazon Business | Amazon Brand Registry | Seller events | Seller Central Partner Network |
| How to sell books | Black Business Accelerator | Ecommerce storefronts | Seller FAQs | Amazon fee calculator |
| Online business ideas | More programs | Ecommerce Fulfillment | More ways to make money | Automated pricing |



Terms of Service    Privacy Policy    © 2022, Amazon.com Services LLC.