IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CRYSTAL BOLDUC | § | |
| | § | |
| v. | § | 4:22-CV-615-ALM |
| | § | |
| AMAZON.COM INC. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Amazon.com Inc. hereby notifies the Court that Deron R. Dacus of the firm The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, 903/705-1117, ddacus@dacusfirm.com, has entered this action as counsel to be noticed on its behalf. In connection with this notice, Mr. Dacus requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
E-mail: ddacus@dacusfirm.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of November, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Deron R. Dacus*
Deron R. Dacus