UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL BOLDUC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMAZON.COM INC.,<br><br>　　　　Defendant. | Civil Action No. 4:22-cv-615-ALM |

**AGREED JOINT MOTION REGARDING COMPLAINT AMENDMENT AND
ANSWER DEADLINE EXTENSION**

COMES NOW, Plaintiff Crystal Bolduc ("Bolduc") and Defendant Amazon.com, Inc. ("Amazon")[1] and file this Agreed Joint Motion Regarding Complaint Amendment and Answer Deadline Extension and in support would respectfully show the Court as follows.

- After conferring, the Parties have agreed that Plaintiff will file an amended complaint by no later than December 16, 2022.

- Defendant has agreed and hereby stipulates that this amended complaint will not take the place of Plaintiff's right to one amendment as a matter of course under FRCP 15(a)(1) and Defendant will not object to Plaintiff filing another amended complaint as a matter of course if Plaintiff elects to do so.

- The Parties likewise agree that Defendant's deadline to file an Answer or response to this first amended complaint should be January 31, 2023.[2]

---

[1] Defendant files this Motion without prejudice to and with express reservation of all rights to contest jurisdiction in this matter, both personal and subject-matter.

[2] Defendant's current deadline to file a response or answer to the Complaint is December 16, 2022.  If the Plaintiff files her amended complaint on December 16, 2022, this requested extension would be an extension of 32 days beyond the 14 days provided under the rules for responding to amended complaints.

**AGREED JOINT MOTION**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 1**

- This agreed deadline extension is reasonable and for good cause in light of the upcoming holidays and the Parties' good faith conferrals and attempts to narrow the issues for the Court.

In light of the foregoing, the Parties jointly and respectfully request, pursuant to Federal Rule of Civil Procedure 6.1(b)(1), that the Court grant this Motion and extend Defendant's Answer deadline to January 31, 2023.

Dated: December 14, 2022

                Respectfully Submitted,

                */s/ Jonathan F. Mitchell*
                Jonathan F. Mitchell
                Texas Bar No. 24075463
                jonathan@mitchell.law
                Mitchell Law PLLC
                111 Congress Avenue, Suite 400
                Austin, Texas 78701
                (512) 686-3940
                (512) 686-3941 (facsimile)

                Adam K. Mortara
                Illinois Bar No. 6282005
                adam@mortaralaw.com
                Lawfair LLC
                125 South Wacker Drive, Suite 300
                Chicago, Illinois 60606
                (773) 750-7154
                *pro hac vice* application pending

                Gene P. Hamilton
                Virginia Bar No. 80434
                gene.hamilton@aflegal.org
                America First Legal Foundation
                300 Independence Avenue SE
                Washington, DC 20003
                (202) 964-3721
                *pro hac vice* application pending

                **COUNSEL FOR PLAINTIFF CRYSTAL BOLDUC**

    AND

             /s/ Angela C. Zambrano
Angela C. Zambrano
Texas Bar No. 24003157
angela.zambrano@sidley.com
Margaret H. Allen
Texas Bar No. 24045397
margaret.allen@sidley.com
Natali Wyson
Texas Bar No. 24088689
nwyson@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
(214) 981-3300
(214) 981-3400 (facsimile)

/s/ Deron R. Dacus
Deron R. Dacus
State Bar No.  00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone/Fax: (903) 705-1117
ddacus@dacusfirm.com

**COUNSEL FOR DEFENDANT AMAZON.COM INC.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure and this Court's CM/ECF filing system on December 14, 2022.

                                                      /s/ *Angela C. Zambrano*
                                                      Angela C. Zambrano