UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL BOLDUC,<br><br>           Plaintiff,<br><br>vs.<br><br>AMAZON.COM INC.,<br><br>           Defendant. | Civil Action No. 4:22-cv-615-ALM |

**[PROPOSED] ORDER GRANTING AGREED JOINT MOTION
REGARDING COMPLAINT AMENDMENT AND ANSWER DEADLINE EXTENSION**

Having considered the Agreed Joint Motion Regarding Complaint Amendment and Answer Deadline Extension (the "Motion") and applicable law, the Court finds the Motion should be GRANTED.

It is, therefore, ORDERED that the Motion is GRANTED and that Plaintiff will file her First Amended Complaint by Friday, December 16, 2022.

It is further ORDERED that Defendant's deadline to Answer or otherwise respond will be extended to January 31, 2023.

**ORDER GRANTING AGREED JOINT MOTION**