

HOME    OPPORTUNITY    GETTING STARTED    SUCCESS STORIES    FAQ    WEBINARS    DOWNLOAD BROCHURE    SIGN OUT

# Own your success

If you love building and leading teams, start your own business as an Amazon Delivery Service Partner, delivering smiles to customers across your community. Apply today or sign up to learn more.

**APPLY NOW**

**LEARN MORE**

**You bring leadership, we'll bring the rest**

We are looking for hands-on leaders who are passionate about hiring and coaching great teams. With low startup costs, built-in demand, and access to Amazon's technology and logistics experience, this is an opportunity to build and grow a successful package delivery business. Join a community of Amazon Delivery Service Partners in one of the fastest-growing industries in the world.

## The Amazon advantage

**Low startup costs**
Start your business with as little as $10,000.

**Logistics experience not required**
Use our technology, processes, and more than 20 years of logistics experience to set up and run your delivery business.

**Focus on people, not sales**
Amazon's packages keep your business growing, so you can focus on building a great team and delivering without worrying about driving sales.

**Support, when you need it**
Amazon's experience is behind you every step of the way, from

hands-on training to on-demand support to ensure your operation runs smoothly.

**Deliver smiles**
Delight thousands of customers every day as an essential part of Amazon, the most customer-centric company on Earth.

## Success stories

 I motivate through leading by example. I'm always in a positive mood and smile a lot. I show my team my passion for my company. I make each employee feel extremely valued for all of their hard work. I emphasize the importance of our performance together and the fact that we represent the biggest brand in the world. Each day it's all about our image and delivery success. I make sure everyone is in uniforms and delivering smiles daily. I stress punctuality and accurate delivery performance. And I try to encourage them to have fun!

**Simona**
Miami, FL
Team size: 60

**MORE SUCCESS STORIES**

## Commitment to Diversity

We're proud to announce a Diversity Grant to help reduce the barriers to entry for Black, Latinx, and Native American entrepreneurs—a $1 million commitment toward funding startup costs, offering $10,000 for each qualified candidate to build their own businesses in the U.S. With the launch of this grant program, we're investing in building a future for diverse business owners to serve their communities. If interested, please complete the diversity questions in the Financial Details section of the Application.

**APPLY NOW**



**Interested in becoming a Delivery Associate at a local Amazon DSP?**

Amazon DSPs are hiring Delivery Associates (DAs) to deliver smiles to customers every day. In a Delivery Associate role, you'll earn competitive compensation, have access to benefits offered by Amazon DSPs, have opportunities for professional growth, and much more, all while being a delivery hero in your community.

FIND DELIVERY JOBS



Your success story starts here.

APPLY NOW FOR DSP

Still have questions ? Check out our FAQs.

© 2021, Amazon.com, Inc. or its affiliates | Site terms | Privacy notice