UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL BOLDUC,<br><br>             Plaintiff,<br><br>    vs.<br><br>AMAZON.COM INC.,<br><br>             Defendant. | Civil Action No. 4:22-cv-615-ALM |

**ORDER GRANTING AGREED JOINT MOTION**
**REGARDING COMPLAINT AMENDMENT AND ANSWER DEADLINE EXTENSION**

Having considered the Agreed Joint Motion Regarding Complaint Amendment and Answer Deadline Extension (the "Motion" - Dkt. #7) and applicable law, the Court finds the Motion should be granted.

It is therefore ORDERED that the Motion is GRANTED, and Plaintiff's First Amended Class-Action Complaint (Dkt. #8) is deemed filed.

It is further ORDERED that Defendant's deadline to Answer or otherwise respond is extended to January 31, 2023.

**IT IS SO ORDERED.**

**SIGNED this 15th day of December, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE