# EXHIBIT D

# Application process

**What are the steps involved in completing the application?** +

**What screening criteria do you use in selecting DSP candidates?** −

Strong financial acumen, people management, and recruiting skills are critical to the success of a DSP. Therefore, we look for candidates who will be hands-on owner-operators and can demonstrate experience managing a budget or profit and loss statement, a strong credit report, and ability to hire, motivate, and manage teams of employees. No previous logistics experience is required. We find that candidates who are active and involved in their communities are often most successful in hiring delivery associates for their businesses. Therefore, please include any community involvement in your application.

Only one applicant may apply. Applicants who indicate they have relationships with persons or entities that pose a conflict of interest are ineligible to be a DSP. For example, any person who owns or is entitled to a stake in a DSP business may not own or have a stake in any other DSP business.

Candidates are required to pass a background check, which includes a motor vehicle record check, credit check, recorded screening interview based on questions focused on the Amazon Leadership Principles. Additionally, $30,000 in liquid assets are required to start the business. We encourage you to refer to our application tips document when completing your application.

Get familiar with your financial history by checking your credit report for free. You're entitled to one free report per year from each of the three credit reporting agencies—Equifax, Experian and TransUnion—which you can access on AnnualCreditReport.com. Learn more about credit scores here.

**What information and documents should I have available while filling out the application?** +

Can I apply and operate as a DSP Owner with one or more partners?

# Tips for the Amazon Delivery Service Partner Application

We are looking for hands-on leaders who are passionate about hiring and coaching efficient, safety-focused teams. The Amazon Delivery Service Partner (DSP) application lets you tell us about your experiences and qualifications that would help make you a successful owner-operator of a local package-delivery company.
**To help you with your candidacy, please consider the following tips.**

## Resume tips

1. Make sure you are using your most up-to-date resume. We recommend uploading PDF that is no larger than 5 MB.
2. Include any management experience and the size of the teams you have managed.
3. If you've managed a P&L statement or budget, include this information in your resume.
4. Let us know if you have any experience with full-scale recruiting (i.e., hiring, onboarding, management).
5. Indicate any promotions or consistent increases in responsibility.
6. Include any success you've had with internal and external customers.

## Application tips

1. As part of the application process, candidates are required to pass a background check, which includes a motor vehicle record check and credit check. Additionally, $30,000 in liquid assets in an approved bank account are required to start the business.
2. Get familiar with your financial history by checking your credit report for free from Experian. You're entitled to one free report per year from each of the three credit reporting agencies—Equifax, Experian and TransUnion— which you can access on AnnualCreditReport.com. Learn more about credit scores here.
3. When asked about your company goals, explain how your business or personal goals align with the Amazon Delivery Service Partner (DSP) Program. For more details on our program, please visit https://logistics.amazon.com/marketing/ or check out our online brochure.
4. When sharing your leadership style, explain how you have coached, trained, mentored, or developed an individual or team.
5. Regarding your community involvement, include any leadership experience you've had in your community and how you might engage any community connections to support your hiring plan.
6. As you address experiences with hiring and/or managing people, include information on how you've directly hired and on-boarded employees. Indicate whether your employees were paid hourly or with a salary.
7. Please remember that only one person may apply in a given application to become a DSP owner. We do not accept applications from companies or groups and applicants who indicate they have relationships with persons or entities that pose conflicts of interest are ineligible to be a DSP. For example, any person with an interest (equity, financial, debt, contract, or other) in a DSP business may not have an interest in any other DSP business. Additionally, DSPs may not have a spouse or partner with an existing DSP business.

## Next steps

If you're ready to apply, then visit https://logistics.amazon.com/marketing/info-getting-started. Still have questions? No problem. Check out our webinars at https://logistics.amazon.com/marketing/webinars or email dsp@amazon.com with any questions.

**Take the first step in becoming an Amazon Delivery Service Partner.
Learn more at logistics.amazon.com**

