UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL BOLDUC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM INC.,<br><br>　　　　　Defendant. | Civil Action No. 4:22-cv-615-ALM |

**[PROPOSED] ORDER GRANTING DEFENDANT AMAZON.COM, INC.'S MOTION TO STRIKE CLASS ALLEGATIONS**

Upon consideration of Defendant Amazon.com, Inc.'s Motion to Strike Class Allegations ("Motion"), the Court hereby GRANTS the Motion and STRIKES paragraphs 26 through 33 from the First Amended Complaint (ECF No. 8), as well as the reference to "classwide damages" on the first page of the Complaint, the demand for class certification in paragraph 37(a) and for damages on account of "the class" in paragraph 37(d), and all other references to "Class-Action" in the Complaint, including in the title and footer.  Pursuant to Federal Rule of Civil Procedure 23(d)(1)(D), the Court hereby ORDERS Plaintiff Crystal Bolduc to file an Amended Complaint omitting all class allegations.