# United States District Court
## For The Eastern District Of Texas
## Sherman Division

| | |
|---|---|
| **Crystal Bolduc**, <br><br> Plaintiff, <br><br> v. <br><br> **Amazon.com Inc.**, <br><br> Defendant. | Case No. 4:22-cv-615-ALM |

### Joint Motion For Extension Time For Plaintiff's Responses To Defendant's Motion To Dismiss And Motion To Strike, And For Defendant's Reply Briefs

The parties jointly and respectfully move for an extension of time to file their respective responses and replies regarding the recently filed motion to dismiss (ECF No. 10) and motion to strike class allegations (ECF No. 11). The plaintiff's responses to these motions are currently due on February 15, 2023, and the defendant's replies are due one week later on February 22, 2023. The parties jointly and respectfully ask the Court to extend the plaintiff's response deadline to March 7, 2023, and the deadline for the defendant's reply briefs to March 24, 2023. A proposed order is attached.

Respectfully submitted.

 /s/ Jonathan F. Mitchell  
Jonathan F. Mitchell  
*Lead Attorney*  
Texas Bar No. 24075463  
Mitchell Law PLLC  
111 Congress Avenue, Suite 400  
Austin, Texas 78701  
(512) 686-3940 (phone)  
(512) 686-3941 (fax)  
jonathan@mitchell.law

 /s/ Angela C. Zambrano  
Angela C. Zambrano  
*Lead Attorney*  
Texas Bar No. 24003157  
Sidley Austin LLP  
2021 McKinney Avenue, Suite 2000  
Dallas, Texas 75201  
(214) 981-3405 (phone)  
angela.zambrano@sidley.com

*Counsel for Defendant*

*Counsel for Plaintiff*

Dated: February 7, 2023

# CERTIFICATE OF SERVICE

I certify that on February 7, 2023, this document was served through CM/ECF upon:

Angela C. Zambrano
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3405 (phone)
angela.zambrano@sidley.com

Deron R. Dacus
Texas Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com

*Counsel for Defendant*

                                                          /s/ Jonathan F. Mitchell
                                                          Jonathan F. Mitchell
                                                          *Counsel for Plaintiff*