UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Crystal Bolduc**, <br><br> Plaintiff, <br><br> v. <br><br> **Amazon.com Inc.**, <br><br> Defendant. | Case No. 4:22-cv-615-ALM |

### [PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME

The parties' joint motion to extend the deadlines for filing their responses and replies is GRANTED. The plaintiff shall submit her responses to the defendant's motion to dismiss (ECF No. 10) and motion to strike class allegations (ECF No. 11) on or before March 7, 2023. The defendants shall file its reply briefs on or before March 24, 2023.

Dated: _____

HONORABLE AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE