IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Crystal Bolduc**, <br><br> Plaintiff, <br><br> v. <br><br> **Amazon.com Inc.**, <br><br> Defendant. | Case No. 4:22-cv-615-ALM |

### ORDER GRANTING MOTION TO EXTEND TIME

Before the Court is the parties' Joint Motion for Extension of Time (Dkt. #12) for filing their responses and replies. The Court finds the motion should be, and hereby is, GRANTED.

It is therefore ORDERED that Plaintiff shall submit her responses to the defendant's motion to dismiss (Dkt. #10) and motion to strike class allegations (Dkt. #11) on or before March 7, 2023. The Defendant shall file its reply briefs on or before March 24, 2023.

**IT IS SO ORDERED.**

**SIGNED** this 9th day of February, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE