## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL BOLDUC,<br><br>         Plaintiff,<br><br>  vs.<br><br>AMAZON.COM INC.,<br><br>       Defendant. | Civil Action No. 4:22-cv-615-ALM |

## AGREED JOINT MOTION REGARDING STAY OF DISCOVERY

COME NOW, Plaintiff Crystal Bolduc ("Plaintiff" or "Bolduc") and Defendant Amazon.com, Inc. ("Defendant" or "Amazon")[1] (collectively, the "Parties") and file this Agreed Joint Motion to Stay Discovery, with reference to the following facts and recitals:

1.     On December 15, 2022, Plaintiff filed a First Amended Complaint alleging that Amazon discriminates in the dissemination of a grant provided to certain delivery service partners. *See* Dkt. No. 8.

2.     Subsequently, on January 31, 2023, Amazon filed (i) a Motion to Dismiss, arguing that Plaintiff lacks standing and has otherwise failed to state a claim on which relief may be granted, and (ii) a Motion to Strike Class Allegations.  *See* Dkt. Nos. 10, 11.

3.     On February 17, 2023, the Court issued an Order Governing Proceedings (the "Order"), which establishes deadlines for the Rule 26(f) conference, initial mandatory disclosures, and joint report of attorney conference, as well as sets a Rule 16 management conference for April 6, 2023.  *See* Dkt. No. 14.

---

[1] Defendant files this Motion without prejudice to and with express reservation of all rights to contest jurisdiction in this matter.

4.      On February 21, 2023, Plaintiff filed a Second Amended Complaint again alleging that Amazon discriminates in the dissemination of a grant provided to certain delivery service partners.  *See* Dkt. No. 15.

5.      The Parties conferred regarding Amazon's intent to file a renewed Motion to Dismiss, which will (among other things) renew its jurisdictional arguments that Plaintiff lacks standing to pursue this case.

6.      The Parties agree that it would be appropriate under the law and in the best interests of efficiency and conservation of resources for discovery to be stayed pending Court resolution of the jurisdictional issues in Defendant's renewed Motion to Dismiss.  *See, e.g., Von Drake v. Nat'l Broad. Co.*, No. 3-04-CV-652R, 2004 WL 1144142, at *1 (N.D. Tex. May 20, 2004) (quoting *Landry v. Air Line Pilots Ass'n Int'l AFL-CIO*, 901 F.2d 404, 436 (5th Cir. 1990)) ("[a] stay of discovery may be appropriate where the disposition of a motion to dismiss 'might preclude the need for the discovery altogether thus saving time and expense.'"); *Serafine v. Abbott*, No. 1:20-CV-1249-RP, 2021 WL 3616102, at *2 (W.D. Tex. May 12, 2021) (granting stay of discovery "[c]onsidering the jurisdictional nature of [the] motion to dismiss"); *J.A. b/n/f Alvarez v. Tex. Educ. Agency*, 2020 WL 3270834, at *2 (W.D. Tex. June 17, 2020) (granting motion to stay discovery where Defendant raised "threshold issues of standing and sovereign immunity"); *cf. N.H. v. Castilleja*, No. 1:19-CV-921-RP, 2023 WL 149989, at *1, 4 (E.D. Tex. Jan. 10, 2023) (Mazzant, J.) (noting that "district courts find that staying discovery is particularly appropriate if there are pending motions regarding jurisdictional or immunity questions").

NOW, THEREFORE:

In light of the foregoing, the Parties jointly and respectfully request that the Court grant this Motion and stay all discovery pending a ruling on Defendant's forthcoming Motion to Dismiss.

Dated: February 26, 2023

Respectfully Submitted,

_/s/ Angela C. Zambrano_
Angela C. Zambrano
Texas Bar No. 24003157
angela.zambrano@sidley.com
Margaret H. Allen
Texas Bar No. 24045397
margaret.allen@sidley.com
Natali Wyson
Texas Bar No. 24088689
nwyson@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
(214) 981-3300
(214) 981-3400 (facsimile)

_/s/ Deron R. Dacus_
Deron R. Dacus
State Bar No.  00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone/Fax: (903) 705-1117
ddacus@dacusfirm.com

**COUNSEL FOR DEFENDANT
AMAZON.COM INC.**

**AND**

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Texas Bar No. 24075463
jonathan@mitchell.law
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940
(512) 686-3941 (facsimile)

Adam K. Mortara
Illinois Bar No. 6282005
adam@mortaralaw.com
Lawfair LLC
125 South Wacker Drive, Suite 300
Chicago, Illinois 60606
(773) 750-7154
*pro hac vice* application pending

Gene P. Hamilton
Virginia Bar No. 80434
gene.hamilton@aflegal.org
America First Legal Foundation
300 Independence Avenue SE
Washington, DC 20003
(202) 964-3721
*pro hac vice* application pending

**COUNSEL FOR PLAINTIFF CRYSTAL BOLDUC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure and this Court's CM/ECF filing system on February 26, 2023.

/s/ Angela C. Zambrano
Angela C. Zambrano