UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL BOLDUC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM INC.,<br><br>    Defendant. | Civil Action No. 4:22-cv-615-ALM |

**[PROPOSED] ORDER GRANTING AGREED**
**JOINT MOTION REGARDING STAY OF DISCOVERY**

Having considered the Agreed Joint Motion to Stay Discovery (the "Motion") and applicable law, the Court finds the Motion should be GRANTED.

It is, therefore, ORDERED that all discovery in this case is STAYED until the Court rules on Defendant's forthcoming Motion to Dismiss.

**ORDER GRANTING AGREED JOINT MOTION**