UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL BOLDUC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM INC.,<br><br>    Defendant. | Civil Action No. 4:22-cv-615-ALM |

**[PROPOSED] ORDER GRANTING AGREED JOINT MOTION REGARDING ANSWER OR RESPONSE DEADLINE AND EXTENDED BRIEFING SCHEDULE**

Having considered the Agreed Joint Motion Regarding Answer or Response Deadline and Extended Briefing Schedule (the "Motion") and applicable law, the Court finds the Motion should be GRANTED.

It is, therefore, ORDERED that the Motion is GRANTED and Defendant's deadline to Answer or otherwise respond will be extended to March 24, 2023, Plaintiff's deadline to respond to any responsive motion by Defendant will be April 24, 2023, and Defendant's reply brief deadline to any such responsive motion will be May 8, 2023.

**ORDER GRANTING AGREED JOINT MOTION**