UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL BOLDUC,<br><br>      Plaintiff,<br><br>vs.<br><br>AMAZON.COM INC.,<br><br>      Defendant. | Civil Action No. 4:22-cv-615-ALM |

## ORDER

Before the Court is Defendant Amazon.com, Inc.'s Rule 12(b)(1) and 12(b)(6) Motion to Dismiss First Amended Complaint ("Motion" - Dkt. #10).  On February 21, 2023, Plaintiff's Second Amended Class-Action Complaint (Dkt. #15) was filed.

It is therefore ORDERED that Amazon.com, Inc.'s Rule 12(b)(1) and 12(b)(6) Motion to Dismiss First Amended Complaint (Dkt. #10) is denied as moot.

  IT IS SO ORDERED.

SIGNED this 3rd day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE