IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL BOLDUC,<br><br>               Plaintiff,<br><br>   vs.<br><br>AMAZON.COM INC.,<br><br>               Defendant. | Civil Action No. 4:22-cv-615-ALM |

**ORDER GRANTING AGREED JOINT MOTION REGARDING ANSWER OR RESPONSE DEADLINE AND EXTENDED BRIEFING SCHEDULE**

The Court, having considered the Agreed Joint Motion Regarding Answer or Response Deadline and Extended Briefing Schedule (the "Motion" - Dkt. #17), finds that the Motion should be and hereby is GRANTED.

It is therefore ORDERED that Defendant's deadline to Answer or otherwise respond will be extended to March 24, 2023, Plaintiff's deadline to respond to any responsive motion by Defendant will be April 24, 2023, and Defendant's reply brief deadline to any such responsive motion will be May 8, 2023.

    IT IS SO ORDERED.

    SIGNED this 3rd day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE