# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

**Crystal Bolduc**,

       Plaintiff,

v.

**Amazon.com Inc.**,

       Defendant.

Case No. 4:22-cv-615-ALM

### Joint Motion To Extend Time To File Rule 26(f) Report, Hold Rule 26(f) Conference, And Serve Initial Disclosures

Earlier today the parties met and conferred about the Rule 26(f) report, which is due on March 24, 2023. Because the Court has ordered discovery stayed pending its resolution of the defendant's forthcoming motion to dismiss, counsel for both parties agreed that it would be prudent to postpone submission of the Rule 26(f) report until after the Court rules on the defendant's Rule 12(b)(1) and 12(b)(6) motions. The parties can more easily determine appropriate deadlines once they know the date of the Court's ruling on the Rule 12(b) matters, and if Court grants the motion to dismiss it will obviate the need for a discovery plan. The parties therefore jointly and respectfully ask the Court to extend the deadline to hold the Rule 26(f) conference until 21 days after the Court's ruling on the defendants' motion to dismiss, and to extend the deadlines to submit the Rule 26(f) report and serve initial disclosures until 30 days after the Court's ruling on the Rule 12(b) issues. A proposed order is attached.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Lead Attorney*
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiff*

Dated: March 9, 2023

 /s/ Angela C. Zambrano
ANGELA C. ZAMBRANO
*Lead Attorney*
Texas Bar No. 24003157
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3405 (phone)
angela.zambrano@sidley.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I certify that on March 9, 2023, this document was served through CM/ECF upon:

Angela C. Zambrano
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3405 (phone)
angela.zambrano@sidley.com

Deron R. Dacus
Texas Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com

*Counsel for Defendant*

    /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff*