UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Crystal Bolduc**, <br><br> Plaintiff, <br><br> v. <br><br> **Amazon.com Inc.**, <br><br> Defendant. | Case No. 4:22-cv-615-ALM |

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME**

The parties' joint motion to extend the deadlines for filing the Rule 26(f) report, holding the Rule 26(f) conference, and serving initial disclosures is GRANTED.

The parties shall hold their Rule 26(f) conference no later than 21 days after this Court's ruling on the defendant's pending motion to dismiss. The parties shall submit their Rule 26(f) report and serve initial disclosures no later than 30 days after the Court's ruling on the defendant's pending motion to dismiss.

Dated: _____

_____
HONORABLE AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE