IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Crystal Bolduc**, <br><br>            Plaintiff, <br><br> v. <br><br> **Amazon.com Inc.**, <br><br>            Defendant. | Case No. 4:22-cv-615-ALM |

## ORDER GRANTING MOTION TO EXTEND TIME

Before the Court is the parties' joint motion to extend the deadlines for filing the Rule 26(f) report, holding the Rule 26(f) conference, and serving initial disclosures (Dkt. #21). The Court finds the motion should be, and hereby is, GRANTED.

It is therefore ORDERED that the parties shall hold their Rule 26(f) conference no later than 21 days after the Court's ruling on the defendant's pending motion to dismiss. The parties shall file their Rule 26(f) report and serve initial disclosures no later than 30 days after the Court's ruling on the defendant's pending motion to dismiss.

The Clerk is directed to CANCEL the April 6, 2023 Scheduling Conference. The Court will review the parties Rule 26(f) report and determine whether it will reset the Scheduling Conference or forgo the conference and enter a Scheduling Order.

    IT IS SO ORDERED.

    SIGNED this 14th day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE