# EXHIBIT B

## Program details

### What should I consider before applying to Amazon's Delivery Service Partner (DSP) program?    −

This opportunity is a good fit for those who are looking to run a full-time business, have experience hiring and coaching teams, and are comfortable in a fast-paced, ever-changing environment. We are looking for candidates who love building and growing a team, have the grit and leadership required to roll up their sleeves to get work done, enjoy operating as a part of a larger community, and have a can-do attitude that inspires their team to handle labor-intensive delivery work. We look at a wide range of information on each applicant, including work history, education, and financial information, to determine eligibility for the program.

Please note this is a lengthy and highly competitive selection process with limited available openings. Most candidates that pass an on-site interview will be invited to join the Future DSP program until a station opens or becomes available. Future DSPs meet regularly with their Amazon Business Development Manager and receive educational materials to help them understand the launch processes and expectations.

This opportunity may not be a good fit for those looking to make a passive investment, work part-time, or run a package-delivery business in multiple locations/regions. Applicants who indicate they have relationships with persons or entities that pose a conflict of interest are ineligible to be a Delivery Service Partner. For example, any person who owns or is entitled to a stake in a DSP business may not own or have a stake in any other DSP business.

If you feel that you are a good fit, we encourage you to request information here to learn more.

### Are there any resources available to learn more about the program?    +

### Are there different variations of the Amazon DSP program?    +



Become a DSP    Application process    Resources    Apply now    Dashboard

# Application process

**What are the steps involved in completing the application?** —

Candidates first submit an online application that requests information about previous work experience, leadership, financial health, community involvement, and geographic preferences, as well as a credit check, background screening and motor vehicle record check. If selected to progress for further consideration, next steps include a screening interview, an opportunity to ask questions of a current Amazon DSP owner via live webinar, and then a final round of interviews. Once Amazon provides an offer to become a DSP, candidates will have the opportunity to discuss specific details about the station, routes, and financials before a final decision is made.

Candidates will receive updates and timelines based on their geographic location and other factors to the email associated with their account.

What screening criteria do you use in selecting DSP candidates?    +

What information and documents should I have available while filling out the application?    +

Can I apply and operate as a DSP Owner with one or more partners?    +

I need to make edits to my application. How do I do that?    +

I am unable to submit my application. What do I do now?    +

I have submitted my application. What happens now?    +

# Application process

**What are the steps involved in completing the application?**

**What screening criteria do you use in selecting DSP candidates?**

Strong financial acumen, people management, and recruiting skills are critical to the success of a DSP. Therefore, we look for candidates who will be hands-on owner-operators and can demonstrate experience managing a budget or profit and loss statement, a strong credit report, and ability to hire, motivate, and manage teams of employees. No previous logistics experience is required. We find that candidates who are active and involved in their communities are often most successful in hiring delivery associates for their businesses. Therefore, please include any community involvement in your application.

Only one applicant may apply. Applicants who indicate they have relationships with persons or entities that pose a conflict of interest are ineligible to be a DSP. For example, any person who owns or is entitled to a stake in a DSP business may not own or have a stake in any other DSP business.

==Candidates are required to pass a background check, which includes a motor vehicle record check, credit check, recorded screening interview based on questions focused on the Amazon Leadership Principles. Additionally, $30,000 in liquid assets are required to start the business. We encourage you to refer to our application tips document when completing your application.==

Get familiar with your financial history by checking your credit report for free. You're entitled to one free report per year from each of the three credit reporting agencies—Equifax, Experian and TransUnion—which you can access on AnnualCreditReport.com. Learn more about credit scores here.

**What information and documents should I have available while filling out the application?**

Can I apply and operate as a DSP Owner with one or more partners?

What is Road to Ownership? +

## Financials

How much start-up capital is required and are there any unexpected costs I should account for? +

Can you help me better understand the financials of this opportunity? +

If the start-up cost is estimated to be $10,000, why is the liquid asset requirement $30,000? −

The application requires that you submit documentation demonstrating access to $30,000 in liquid assets. This ensures you have sufficient funds to cover both the estimated business startup costs of $10,000 and to cover your personal expenses while you are training and launching your business.

## Application process

What are the steps involved in completing the application? +

What screening criteria do you use in selecting DSP candidates? +

