# EXHIBIT C





Case 4:22-cv-00615-ALM Document 23-3 Filed 03/24/23 Page 2 of 3 PageID #: 212

What is Road to Ownership? +

## Financials

### How much start-up capital is required and are there any unexpected costs I should account for? −

Assuming that you choose to take advantage of all third-party deals impacting startup costs that have been negotiated by Amazon in connection with the program, we estimate that it will cost DSP owners as little as $10,000 to start their businesses. This is not a fee paid to Amazon, but represents our estimate of what it will cost to cover key startup costs including procuring five delivery vans, legal entity formation and licensing, professional services like accountant and lawyer fees, set up supplies such as a laptop and timekeeping software, recruiting costs such as job postings, drug tests, and driver training, and your travel for owner training. Upfront costs for delivery vehicles are excluded from our estimate as there is no upfront cost for delivery vehicles procured through the delivery vehicle leasing program negotiated by Amazon. You can find more information (including assumptions underlying the startup cost estimate) here, as well our Cost and Revenue webinar and program brochure which includes a breakdown of the types of costs that you can expect your company to incur.

Can you help me better understand the financials of this opportunity? +

If the start-up cost is estimated to be $10,000, why is the liquid asset requirement $30,000? +

## Application process

# The opportunity to lead

Amazon is seeking entrepreneurs throughout the country to launch and operate their own package-delivery businesses. The Delivery Service Partner (DSP) program provides an opportunity for strong leaders who are passionate about starting their own business and developing high-performing, safety-focused teams. Joining a robust community of small businesses, you will help deliver thousands of packages to customers throughout the year.

## BECOME AN OWNER

If you're a customer-obsessed, hands-on leader who thrives in a high-speed, ever-changing environment, launching an Amazon Delivery Service Partner (DSP) business may be the opportunity for you. As a DSP owner, you'll focus on building a successful, safety-first work culture that includes recruitment, hiring, and coaching a team of high-performing, hourly employees and managing a fleet of delivery vehicles throughout the year. Amazon will support you by providing a dedicated business coach and access to value-added services, such as uniforms and vehicle insurance, to help you run your business efficiently. With the right staffing and operational plan that allows you to adapt to demand throughout the year, you'll be set up to run a business that delivers the best experience for our customers.

Access to Amazon's exclusive discounts on a suite of assets and services keeps owner **startup costs as low as $10,000**. (Please see page 10 for more details on how these figures have been calculated.)

**Successful owners can expect:**

| Startup costs as low as* | Annual revenue potential* | Annual profit potential* |
|---|---|---|
| **$10K** | **$1M–4.5M** | **$75K–300K** |

*Startup costs are based on the first 5 vehicles. Revenue and profit projections are for fully ramped partners. Actual figures will vary. Visit amazon.com/dspfinancialnotes for more details.

Visit **logistics.amazon.com** to get started.

