**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| CRYSTAL BOLDUC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM INC.,<br><br>　　　　　　Defendant. | Civil Action No. 4:22-cv-615-ALM |

**[PROPOSED] ORDER GRANTING DEFENDANT AMAZON.COM, INC.'S RULE 12(B)(1) AND 12(B)(6) MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Upon consideration of Defendant Amazon.com, Inc.'s Rule 12(b)(1) and 12(b)(6) Motion to Dismiss Second Amended Complaint ("Motion"), the Court hereby GRANTS the Motion and DISMISSES Plaintiff's Second Amended Complaint (ECF No. 15) in its entirety with prejudice.

4880-9012-4889v.1