# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL BOLDUC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM INC., <br><br> Defendant. | Civil Action No. 4:22-cv-615-ALM |

# [PROPOSED] ORDER GRANTING DEFENDANT AMAZON.COM, INC.'S MOTION TO STRIKE CLASS ALLEGATIONS

Upon consideration of Defendant Amazon.com, Inc.'s Motion to Strike Class Allegations ("Motion"), the Court hereby GRANTS the Motion and STRIKES paragraphs 45 through 52 from the Second Amended Complaint (ECF No. 15), as well as the demand for class certification in paragraph 57(a) and for damages on account of "the class" in paragraph 57(d), and all other references to "Class-Action" in the Complaint, including in the title and footer. Pursuant to Federal Rule of Civil Procedure 23(d)(1)(D), the Court hereby ORDERS Plaintiff Crystal Bolduc to file an Amended Complaint omitting all class allegations.