Revised: 9/3/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Sherman DIVISION
APPLICATION TO APPEAR PRO HAC VICE

APPROVED
By Nakisha Love at 11:11 am, Mar 24, 2023

1. This application is being made for the following: Case # 4:22-cv-00615-ALM
Style/Parties: Crystal Bolduc v. Amazon.com Inc.
2. Applicant is representing the following party/ies: Defendant
3. Applicant was admitted to practice in CA (state) on 03/06/2004 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○ ⦿ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○ ⦿ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○ ⦿ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
See Attachment 1
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, David Carpenter do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 03/23/2023    Signature /s/ David R. Carpenter    (/s/Signature)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): David R. Carpenter
Bar Number /State: 230299 / CA
Firm Name: Sidley Austin LLP
Address/P.O. Box: 555 W 5th Street, 40th Floor
City/State/Zip: Los Angeles, CA 90013
Telephone #: 213-896-6679
Fax #: 213-896-6600
E-mail Address: drcarpenter@sidley.com
Secondary E-Mail Address:

This application has been approved for the court on: 3/24/23

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By *NakishaLove*

Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application

Attachment 1

David R. Carpenter – List of Bar Memberships

| Jurisdiction | Date of Admission | Bar Number | Status |
|---|---|---|---|
| U.S. Supreme Court | 02/23/2015 | 293536 | Active |
| U.S. Court of Appeals, 3rd Circuit | 12/20/2022 | | Active |
| U.S. Court of Appeals, 6th Circuit | 02/26/2020 | | Active |
| U.S. Court of Appeals, 7th Circuit | 01/27/2017 | | Active |
| U.S. Court of Appeals, 9th Circuit | 04/04/2012 | | Active |
| U.S. District Court, E.D. of California | 07/18/2011 | | Active |
| U.S. District Court, N.D. of California | 11/16/2009 | | Active |
| U.S. District Court, C.D. of California | 10/11/2007 | | Active |
| U.S. District Court, S.D. of California | 12/11/2011 | | Active |
| State Bar of California | 3/6/2004 | 230299 | Active |