UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Crystal Bolduc**,

    Plaintiff,

v.

**Amazon.com Inc.**,

    Defendant.

Case No. 4:22-cv-615-ALM

### Joint Motion For Extension Of Time For Plaintiff's Responses To Defendant's Motion To Dismiss And Motion To Strike, And For Defendant's Reply Briefs

The parties jointly and respectfully move for a brief extension of time to file their respective responses and replies regarding the defendants' motion to dismiss (ECF No. 23) and motion to strike class allegations (ECF No. 24). The plaintiff's responses to these motions are currently due on April 24, 2023, and the defendant's replies are due two weeks later on May 8, 2023. The parties jointly and respectfully ask the Court to extend the plaintiff's response deadline by 48 hours to April 26, 2023, and to extend the deadline for the defendant's reply briefs by 8 days to May 15, 2023. The parties are requesting these extensions on account of their counsel's respective workloads this month, which have been heavier than expected, and lead counsel for Ms. Bolduc has been dealing with issues in another case this week that will make it difficult to complete the responses by the current deadline of April 24, 2023. In addition, counsel for the defendants have an all-partner meeting starting tomorrow. The requested extensions are not being sought for purposes of delay.

A proposed order is attached.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Lead Attorney*
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiff*

Dated: April 24, 2023

 /s/ Angela C. Zambrano
ANGELA C. ZAMBRANO
*Lead Attorney*
Texas Bar No. 24003157
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3405 (phone)
angela.zambrano@sidley.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I certify that on April 24, 2023, this document was served through CM/ECF upon:

Angela C. Zambrano
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
(214) 981-3405 (phone)
angela.zambrano@sidley.com

Deron R. Dacus
Texas Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
ddacus@dacusfirm.com

*Counsel for Defendant*

       /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff*