UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Crystal Bolduc**,<br><br>          Plaintiff,<br><br>v.<br><br>**Amazon.com Inc.**,<br><br>          Defendant. | Case No. 4:22-cv-615-ALM |

**[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME**

The parties' joint motion to extend the deadlines for filing their responses and replies is GRANTED. The plaintiff shall submit her responses to the defendant's motion to dismiss (ECF No. 23) and motion to strike class allegations (ECF No. 24) on or before April 26, 2023. The defendant shall file its reply briefs on or before May 15, 2023.

Dated: _____

_____
Honorable Amos L. Mazzant
United States District Judge