IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Crystal Bolduc**,<br><br>          Plaintiff,<br><br>v.<br><br>**Amazon.com Inc.**,<br><br>          Defendant. | Case No. 4:22-cv-615-ALM |

## ORDER GRANTING MOTION TO EXTEND TIME

Before the Court is the parties' Joint Motion for Extension (Dkt. #26) of the deadlines for filing their responses and replies. The Court finds the motion should be and hereby is GRANTED.

It is therefore ORDERED that Plaintiff shall submit her responses to Defendant's motion to dismiss and motion to strike class allegations on or before April 26, 2023. Defendant shall file its reply briefs on or before May 15, 2023.

IT IS SO ORDERED.

SIGNED this 27th day of April, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE