# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CRYSTAL BOLDUC, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:22-cv-615 |
| § | Judge Mazzant |
| v. § | |
| § | |
| AMAZON.COM, INC., § | |
| § | |
| *Defendant.* § | |
| § | |

### ORDER

Pending before the Court is Defendant Amazon.com, Inc.'s Motion to Strike Class Allegations (Dkt. #11). Plaintiff filed her First Amended Class-Action Complaint (Dkt. #8) on December 15, 2022. Defendant then filed its Motion to Strike Class Allegations on January 31, 2023 (Dkt. #11). Plaintiff then filed her Second Amended Class-Action Complaint on February 21, 2023 (Dkt. #15). It is therefore ORDERED that Defendant Amazon.com, Inc.'s Motion to Strike Class Allegations (Dkt. #11) is hereby DENIED as moot.

IT IS SO ORDERED.

SIGNED this 27th day of November, 2023.

*[signature]*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE