# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CRYSTAL BOLDUC, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 4:22-CV-00615 |
| | § | Judge Mazzant |
| v. | § | |
| | § | |
| AMAZON.COM INC., | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered on this date, in which the Court **Granted in part** Defendant Amazon.com, Inc.'s Rule 12(b)(1) and 12(b)(6) Motion to Dismiss Second Amended Complaint (Dkt. #23), it is **CONSIDERED, ORDERED, AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 25th day of April, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE