# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 26, 2025

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

     No. 24-40292   Bolduc v. Amazon.com
                      USDC No. 4:22-CV-615

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca Andry, Deputy Clerk
                        504-310-7638

cc w/encl:
    Ms. Margaret Hope Allen
    Mr. David William Carpenter
    Mr. Deron Ray Dacus
    Mr. Jonathan F. Mitchell
    Mr. Adam K. Mortara
    Ms. Natali Wyson
    Ms. Angela Christine Zambrano

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 26, 2025
Lyle W. Cayce
Clerk

No. 24-40292

CRYSTAL BOLDUC,

*Plaintiff—Appellant*,

*versus*

AMAZON.COM, INCORPORATED,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:22-CV-615

_____

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of March 26, 2025, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Rebecca Andry*

By: _____
Rebecca Andry, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT